UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHAMEKIA MCFADDEN,**

      **Plaintiff,**

v.                                       Case No. 6:23-cv-1914-CEM-EJK

**EMPOWER FINANCE, INC.,**

      **Defendant.**

                              /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 29, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record